UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA BROWN,

    Plaintiff,

v.

    Case No.: 1:13-cv-1072

    HONORABLE PAUL L. MALONEY

AMERICAN MUTUAL
HOLDINGS INC., et al.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Phillip J. Green in this action (ECF No. 61). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that, for the reasons stated in the Report and Recommendation, Plaintiff's motion for partial summary judgment is GRANTED on the issue of liability. The Court finds each defendant has violated the Federal Debt Collection Practices Act. Issues relating to the determination of damages and an award of costs and attorney fees will be resolved after Plaintiff files a proper motion with the Court which shall be filed within 28 days.

Dated: June 23, 2017            /s/ Paul L. Maloney
                                                           Paul L. Maloney
                                                           United States District Judge