UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA BROWN,

    Plaintiff,

v.

AMERICAN MUTUAL HOLDINGS
INC., et al.

    Defendants.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:13-cv-1072

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered against Defendants American Mutual Holdings Inc., Check Systems, LLC, Interchex Systems, LLC, Joseph C. Bella, III, and Alan E. Fielitz, in the amount of $1,000.00.

Date: July 24, 2017

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge